IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | Judge Charles Norgle, |
| | ) | presiding |
| vs. | ) | |
| | ) | 08 CR 746-1 |
| AUGUSTIN ZAMBRANO. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To: AUSA Andrew Porter

     PLEASE TAKE NOTICE that on the 10th day of January, 2012, I filed with the Clerk of Court for the Northern District of Illinois, Eastern Division, the attached Pleading of the Defendant:

**DEFENDANT'S RESPONSE TO THE GOVERNMENT'S POSITION PAPER**

a copy of said pleadings are attached and served upon you;

                         Respectfully submitted,

                         s/ *James A. Graham*
                         James A. Graham attorney for
                         AUGUSTIN ZAMBRANO

James A. Graham (ARDC 6184279)
Attorney at Law
53 W. Jackson Blvd.
Suite 703
Chicago, Illinois 60604
(312) 922-3777
Facsimile: (312) 663-5386
e-mail address: jagraham.law@mac.com